02-12-163-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00163-CV

 

 


 
 
 In re Kaveh Barakhshan and Hamid Barakhshan
 
 
  
 
 
 RELATORS
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of mandamus and temporary relief
and is of the opinion that relief should be denied.  Accordingly, relators’
petition for writ of mandamus and temporary relief is denied.

 

PER CURIAM

 

PANEL: 
GABRIEL, WALKER, and MCCOY, JJ.

 

DELIVERED: 
April 26, 2012









[1]See
Tex. R. App. P. 47.4, 52.8(d).